IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-0527-N |
| | § | |
| BEN BARNES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANTS' TRIAL EXHIBIT LIST**

Defendants Ben Barnes ("Barnes") and Ben Barnes Group, L.P. ("BBG") submit the following list of trial exhibits:

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| | **Defendants' Exhibit List** | | | | | |
| 1 | Yolanda Suarez sends memo to Ben Barnes re: FAA Proving Flights for Caribbean Sun and assistance needed | December 4, 2002 | BBG 001062 | | | |
| 2 | Yolanda Suarez faxes Ben Barnes information re: Caribbean Sun Airlines | February 3, 2005 | BBG 003909 - BBG 003912 | | | |
| 3 | Email scheduling conference call between Yolanda Suarez, Ben Barnes, and Linda Daschle at Baker Donelson | February 4, 2005 | Receiver 527-00262652 | | | |
| 4 | Appointment for Ben Barnes and Yolanda Suarez lunch | February 23, 2005 | BBG 002961 | | | |
| 5 | Appointment for Ben Barnes, Allen Stanford, Yolanda Suarez meeting in Miami | April 7, 2005 | BBG 002962 | | | |
| 6 | Ben Barnes Aircraft bill for flight to Bahamas for meeting with Allen Stanford and Yolanda Suarez | April 8, 2005 | BBG 002937 | | | |
| 7 | Email correspondence regarding call with Winston & Strawn to discuss USVI tax | April 28, 2005 | BBG 002646 - BBG 002647 | | | |
| 8 | Appointment for Ben Barnes Meeting with Hunton & Williams re Stanford | May 5, 2005 | BBG 02965 | | | |
| 9 | Appointment for Stanford Conference call | May 9, 2005 | BBG 002966 | | | |
| 10 | Email correspondence between Richard Razook Jim Miller, Carlos Loumiet, Yolanda Suarez, Mitch Delk, Jorie Roberts, Ben Barnes regarding meeting with Winston & Strawn about VI legislation | May 17, 2005 | Receiver 527-00262281 - Receiver 527-00262283 | | | |
| 11 | Email from Mitch Delk to Yolanda Suarez sending a short summary of the meeting with the Winston team. | May 17, 2005 | BBG 002638 | | | |
| 12 | Appointment for Stanford Conference call | May 20, 2005 | BBG 002969 | | | |
| 13 | Email correspondence from Richard Razook to Jim Miller, Carlos Loumiet, Yolanda Suarez, Mitch Delk, Jorie Roberts, Ben Barnes circulating revised draft of the legislative proposals for Section 937. | June 5, 2005 | Receiver 527-00262266 | | | |
| 14 | Allen Stanford emails Ben Barnes, Jorie Roberts, Jim Miller, Mitch Delk, and Yolanda Suarez to set up a conference call on June 9th to discuss USVI tax | June 8, 2005 | Receiver 527-00262212 | | | |
| 15 | Appointment for Stanford Conference call | June 9, 2005 | BBG 002970 | | | |
| 16 | Email from Jim Miller to Ben Barnes and Yolanda Suarez regarding Senator Baucus | June 16, 2005 | Receiver 527-00262268 | | | |
| 17 | Email confirming meeting with Winston & Strawn on June 17, 2005 | June 15, 2005 | Receiver 527-00262649 | | | |
| 18 | Appointment for Conference call between Ben Barnes, Allen Stanford, Carlos Loumiet, Jorie Roberts, Richard May, Jim Miller, Mitch Delk, Richard Razook, and Yolanda Suarez | June 23, 2005 | Receiver 527-00262213 | | | |
| 19 | Email from Susan Martin to Julie Hodge regarding Stanford Company Brochures | June 23, 2005 | Receiver 527-00281189 BBG 000041 - BBG 000042 | | | |
| 20 | Email from Patsy Thomasson to Bob Tyner sending link to Stanford Financial website | June 27, 2005 | BBG 000625 | | | |
| 21 | E-mail correspondence between Susan Martin and Aymeric Martinoia regarding Ben Barnes & Jim Davis travel itinerary from Memphis to Antigua. | June 27, 2005 | Receiver 527-00281162 - Receiver 527-00281167 | | | |
| 22 | Ben Barnes Aircraft bill for flight from Memphis to Antigua and Antigua to DC | June 28, 2005 | BBG 002938 - BBG 002939 | | | |
| 23 | Appointment for Ben Barnes meeting in DC with Stanford Research Group | June 30, 2008 | BBG 002973 | | | |
| 24 | AT&T receipt fro Conference call between Allen Stanford, Jim Miller, Richard Razook, Mitch Delk, Wiedeman, Caperton, Ben Barnes, Pete Romero, Jim Davis, Yolanda Suarez | July 1, 2005 | Receiver 527-00281151 - Receiver 527-00281152 | | | |
| 25 | Fax from Ben Barnes to Jim Davis sending information regarding the Giordani Beckett Tackett law firm in Austin | July 1, 2005 | BBG 003821 - BBG 003822 | | | |
| 26 | Agenda for July 6, 2005 meeting | July 6, 2005 | BBG 001006 | | | |
| 27 | Richard Razook email to Allen Stanford, Ben Barnes, Carlos Loumiet, James Miller, Jorie Roberts, Mitch Delk, Richard May, and Yolanda | July 7, 2005 | Receiver 527-00262277 | | | |
| 28 | Email from Richard Razook to Allen Stanford, Ben Barnes, Carlos Loumiet, James Miller, Jorie Roberts, Mitch Delk, Richard May, Yolanda Suarez, et al circulating latest draft of proposed section 934 and related | July 8, 2005 | Receiver 527-00262523 - Receiver 527-00262535 | | | |
| 29 | Email from Richard Razook to Allen Stanford, Ben Barnes, Mitch Delk et al regarding Treasury Regulation Comments on Section 937 | July 14, 2005 | Receiver 527-00262377 | | | |
| 30 | Email from Stanford Aviation to Julie Hodge regarding Senator Baucus June trip | July 14, 2005 | Receiver 527-00281117 - Receiver 527-00281118 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 31 | Email from Joanne Thornton to Jim Davis, Yolanda Suarez, Ben Barnes, Richard Razook, Kent Caperton et al sending Caribbean information materials | July 14, 2005 | Receiver 527-00262191 - Receiver 527-00262210 | | | |
| 32 | Email from Richard Razook to Allen Stanford, Ben Barnes, Carlos Loumiet, James Miller, Jim Davis, Jorie Roberts, Mitch Delk, Richard May, Yolanda Suarez, et al circulating key points from written submittals to the 937 Regulation | July 18, 2005 | Receiver 527-00262595 - Receiver 527-00262596 | | | |
| 33 | Conference call between Richard Razook, Ben Barnes, Loumiet, Davis, Jim Miller, Jorie Roberts, Mitch Delk, Richard May, Yolanda Suarez, Pete Romero, David Baker, Edward Garlich, Joanne Thornton, Caperton, Patsy Thomasson; Scott Reed | July 20, 2005 | Receiver 527-00264299 | | | |
| 34 | Email from Jim Miller to Ben Barnes and Mitch Delk regarding Senator Hatch | July 20, 2005 | Receiver 527-00262269 | | | |
| 35 | Email from Richard Razook to Allen Stanford, Ben Barnes, Davis, Jorie Roberts, Mitch Delk, Yolanda Suarez, Kent Caperton, Scott Reed et al regarding BNA Tax Reporting of IRS Hearing/937 Regs | July 22, 2005 | Receiver 527-00262173 - Receiver 527-00262181 | | | |
| 36 | Richard Razook emails Allen Stanford, Ben Barnes, Mitch Delk, Yolanda Suarez, Kent Caperton, Scott Reed et al regarding meeting with Department of Interior, Insular Affairs | July 26, 2005 | Receiver 527-00261583 - Receiver 527-00261584 | | | |
| 37 | Email exchange between Allen Stanford and Yolanda Suarez regarding Ben Barnes and immigration matter for King | July 26, 2005 | Receiver 527-00281072 | | | |
| 38 | Email from Patsy Thomasson emails to Mitch Delk, Scott Reed, Kent Caperton, and Wyath Wiedeman regarding Stanford Financial and Caribbean-Central American Action | July 28, 2005 | BBG 000585 - BBG 000586 | | | |
| 39 | Email correspondence between David Baker at Stanford Washington Research Group, Allen Stanford, Ben Barnes, Jim Davis, Yolanda Suarez, et al regarding Current Cuba Picture | July 29, 2005 | BBG 000579 - BBG 000581 | | | |
| 40 | Email from Richard Razook to Allen Stanford, Ben Barnes, Carlos Loumiet, James Miller, Jim Davis, Yolanda Suarez regarding USVI pending | August 9, 2005 | Receiver 527-00262130 - Receiver 527-00262131 | | | |
| 41 | Email correspondence between Ben Barnes and Yolanda Suarez regarding meeting with Allen Stanford and Frank Luntz | August 9, 2005 | Receiver 527-00281071 | | | |
| 42 | Email correspondence between Jim Miller, Allen Stanford, Yolanda Suarez, Ben Barnes, Mitch Delk, Richard Razook, Carlos Loumiet regarding Our Legislative Game Plan | August 18, 2005 | Receiver 527-00261828; Receiver 527-00261892 | | | |
| 43 | Email correspondence between Ben Barnes and Jim Miller with copy to Allen Stanford, Yolanda Suarez, et al regarding legislative game plan | August 22, 2005 | Receiver 527-00261816 | | | |
| 44 | Appointment for Stanford Legislative Meeting | August 24, 2005 | BBG 002978 | | | |
| 45 | Appointment for Meeting with Frank Luntz, Scott Reed, Yolanda Suarez, Kent Caperton | August 24, 2005 | BBG 002979 | | | |
| 46 | Email from Ben Barnes to Allen Stanford, Yolanda Suarez, Jim Miller, Richard Razook, Edward Garlich, Scott Reed, Jim Davis, David Baker, Joanne Thornton, Pete Romero, Mitch Delk, Kent Caperton, Thomasson, Ben Barnes regarding dated change for Strategic Legislative Planning Session at Ben Barnes Office in DC | August 26, 2005 | Receiver 527-00261739 | | | |
| 47 | Email to Allen Stanford and Yolanda Suarez forwarding Proposed Legislative Initiative prepared by Ben Barnes Group | August 30, 2005 | Receiver 527-00261819 - Receiver 527-00261822 | | | |
| 48 | Email correspondence between Jim Miller, Ben Barnes Mitch Delk, Kent Caperton, Yolanda Suarez, Richard Razook, Carlos Loumiet, and Allen Stanford regarding Price Waterhouse Coopers | August 30, 2005 | Receiver 527-00261753; BBG 002917 | | | |
| 49 | Email correspondence between Richard Razook, Jim Miller, Kent Caperton, et al regarding TJrockax Legislative Update | August 31, 2005 | Receiver 527-00261975 | | | |
| 50 | Email from Scott Reed to Yolanda Suarez, Kent Caperton and Julie Hodge regarding meeting in Antigua on September 5 | August 31, 2005 | Receiver 527-00261741 | | | |
| 51 | Email from Richard Razook to Pete Romero, Ben Barnes, Davis, Caperton, Jorie Roberts, Mitch Delk, Reed, Yolanda Suarez et al regarding USVI summary | September 1, 2005 | Receiver 527-00262132 - Receiver 527-00261246 | | | |
| 52 | Email correspondence between Peter Romero, Richard Razook, Jim Davis, Dave Baker, Joanne Thornton, Kent Caperton, et al regarding paper on Caribbean Security | September 1, 2005 | BBG 003372 -BBG 003375 | | | |
| 53 | Email correspondence between Jim Miller, Mitch Delk, Ben Barnes, Yolanda Suarez, Richard Razook regarding meeting with Donna Christenson's staff | September 3, 2005 | Receiver 527-00261824 | | | |
| 54 | Email from Kent Caperton to Yolanda Suarez and Scott Reed to discuss current plans | September 7, 2005 | Receiver 527-00261676 | | | |
| 55 | Appointment for Conference call between Allen Stanford, Yolanda Suarez, Jim Miller, Richard Razook, Ed Garlich, Reed, Davis, David Baker, Joanne Thornton, Peter Romero, Mitch Delk, Kent Caperton, Patsy Thomasson, Wyeth Wiedeman, Kent Hance, Jrock@lobbycongress.com | September 9, 2005 | BBG 002630 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 56 | Email correspondence between Yolanda Suarez and Kent Caperton discussing email from Peter Merrill at Price Waterhouse Coopers | September 9, 2005 | Receiver 527-00261931 | | | |
| 57 | Email correspondence between Kent Caperton and Yolanda Suarez to set up call to discuss various issues. | September 13, 2005 | Receiver 527-00261891 | | | |
| 58 | Email from Jim Miller to Allen Stanford, Richard Razook, Ben Barnes et al regarding Revenue Estimates | September 13, 2005 | Receiver 527-00226731 | | | |
| 59 | Email correspondence between Jim Miller, Kent Caperton and Richard Razook regarding E&Y | September 19, 2005 | Receiver 527-00261870 | | | |
| 60 | Email correspondence between Kent Caperton and Yolanda Suarez forwarding E&Y proposal | September 21, 2005 | Receiver 527-00261764 - Receiver 527-00261770 | | | |
| 61 | Email from Ben Barnes to Allen Stanford sending "America's Third Border" | September 27, 2005 | Receiver 527-00226707 | | | |
| 62 | Email correspondence between Yolanda Suarez, Scott Reed, and Kent Caperton regarding Casuro questionnaire | October 3, 2005 | Receiver 527-00261853 | | | |
| 63 | Email correspondence from Kent Caperton to Yolanda Suarez to provide update | October 5, 2005 | Receiver 527-00261662 | | | |
| 64 | Email from Richard Razook to Pete Romero, Ben Barnes, Davis, Caperton, Jorie Roberts, Mitch Delk, Reed, Yolanda Suarez, et al regarding USVI Tax Status | October 6, 2005 | Receiver 527-00262147 - Receiver 527-00262160 | | | |
| 65 | Email from Kent Caperton to Yolanda Suarez and Julie Hodge sending Stanford Financial Group Meeting Agenda | October 6, 2005 | Receiver 527-00261754 - Receiver 527-00261755 | | | |
| 66 | Email from Kent Caperton to Yolanda Suarez regarding follow up call | October 12, 2005 | Receiver 527-00261661 | | | |
| 67 | Email from Wyeth Wiedeman to Yolanda Suarez forwarding contact information for man in Ecuador | October 13, 2005 | Receiver 527-00261749 | | | |
| 68 | Email from Kent Caperton to Yolanda Suarez discussing conference call between Kent Caperton, Mitch Delk, Jorie Roberts and Richard Razook | October 14, 2005 | Receiver 527-00261671 | | | |
| 69 | Email correspondence between Scott Reed and Yolanda Suarez setting up meeting in Miami on 10/21 | October 18, 2005 | Receiver 527-00280999 | | | |
| 70 | Email from Kent Caperton to Yolanda Suarez regarding meeting between Mitch Delk, Ben Banes, and Kent Caperton, and Winston & Strawn. | October 18, 2005 | Receiver 527-00261668 | | | |
| 71 | E-mail from Jim Miller to Yolanda Suarez & Allen Stanford regarding USVI issue | October 18, 2005 | Receiver 527-00280998 | | | |
| 72 | E-mail from Kent Caperton to Richard Razook regarding conference call discussion | October 19, 2005 | Receiver 527-00261665 | | | |
| 73 | Email from Allen Stanford to Yolanda Suarez regarding setting up a conference call tonight between Allen Stanford, Ben Barnes, Jim Sharp, Carlos Loumiet, David and Yolanda Suarez | October 19, 2005 | Receiver 527-00261736 | | | |
| 74 | Email from Joanne Thornton (Stanford Washington Research Group) to Allen Stanford, Yolanda Suarez, Ben Barnes, Jim Miller, Jim Davis, Mitch Delk, Kent Caperton, et al regarding October 26th meeting | October 19, 2005 | Receiver 527-00226691 - Receiver 527-00226692 | | | |
| 75 | Email from Ben Barnes sending names of Mexican lawyers | October 19, 2005 | Receiver 527-00261751 | | | |
| 76 | Email from Julie Hodge to Susan Martin regarding Carlos | October 19, 2005 | Receiver 527-00280991 | | | |
| 77 | Appointment for Conference call with Allen Stanford, Loumiet, Ben Barnes, Sharp, Yolanda Suarez, and Stanford's Mexican President | October 19, 2005 | BBG 002983 | | | |
| 78 | Itinerary for Ben Barnes and Jim Sharp in Mexico City & invoice to BBG for flight to Mexico City | October 20, 2005 | BBG 002940 -002942 | | | |
| 79 | Appointment for Ben Barnes Conference call with Allen Stanford, Yolanda Suarez, Jim Sharp | October 24, 2005 | BBG 002984 | | | |
| 80 | Email from Mitch Delk to Kent Caperton and Scott Reed sending agenda | October 25, 2005 | BBG 004492 -BBG 004496 | | | |
| 81 | Appointment for Stanford USVI Meeting in Ben Barnes DC Office | October 26, 2005 | BBG 002986 | | | |
| 82 | Email from Scott Reed to Yolanda Suarez (copy to Mitch Delk and Kent Caperton) regarding Cong. John Sweeney | October 27, 2005 | Receiver 527-00261738 | | | |
| 83 | Email correspondence between Mitch Delk, Kent Caperton, Yolanda Suarez, Scott Reed, Kent Hance, Richard Razook, and Jim Miller regarding policy language | October 21, 2005 | Receiver 527-00261876 - Receiver 527-00261877 BBG 002597 | | | |
| 84 | Email from Mauricio Alvarado to Ben Barnes regarding demand letter sent to Walton Street regarding the Galleria Office transaction | October 28, 2005 | Receiver 527-00222931 - Receiver 527-00222934 | | | |
| 85 | Email from Kent Caperton to Yolanda Suarez for 10 minutes of her time | November 1, 2005 | Receiver 527-00261664 | | | |
| 86 | Email from Richard Razook to Kent Caperton and Mitch Delk regarding USVI proposal | November 1, 2005 | Receiver 527-00262129 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 87 | Email from Jim Miller to Kent Caperton regarding an amendment that Baucus could support in Reconciliation as a hook. | November 3, 2005 | Receiver 527-00261703 | | | |
| 88 | Email from Jim Miller to Kent Caperton regarding steps in preparation for next year. | November 3, 2005 | Receiver 527-00261756 | | | |
| 89 | Appointment for Ben Barnes to attend civil rights event in Memphis with Jim Davis | November 3, 2005 | BBG 002987 | | | |
| 90 | Email correspondence between Jim Miller and Kent Caperton regarding Senate Finance Committee Modification and Revenue Table | November 15, 2005 | Receiver 527-00261873 - Receiver 527-00261874 | | | |
| 91 | Email from Scott Reed sending Kent Caperton and Yolanda Suarez an Article from NY Times titled "Voter Profiles for Bloomberg Went Beyond Ethnic Labels" | November 15, 2005 | Receiver 527-00261761 - Receiver 527-00261763 | | | |
| 92 | CASURO publishes results of Public Opinion Poll in Antigua | November 19, 2005 | BBG 003433 - BBG 003474 | | | |
| 93 | Email from Mitch Delk to Beth and Bob sending BBG address | November 21, 2005 | BBG 002597 | | | |
| 94 | Appointment for conference call with Ben Barnes, Caperton, Reed, Mitch Delk, Kent Hance, jrock@lobbycongress.com, and dpore@hswww.com regarding the Antigua initiative | November 30, 2005 | BBG 002595 | | | |
| 95 | Allen Stanford Agenda for November 30th-December 1 meetings with Ben Barnes Group | November 30, 2005 | Receiver 527-00282771 - Receiver 527-00282772 | | | |
| 96 | Email correspondence between Julie Hodge and Susan Martin regarding Letter from Robert Van Order | December 12, 2005 | Receiver 527-00280685 | | | |
| 97 | SIB Quarterly Update Issued | January 1, 2006 | BBG 003922 | | | |
| 98 | Email from Richard Razook to Ben Barnes, Davis, Jorie Roberts, Mitch Delk, Yolanda Suarez, Caperton, Reed, et al regarding USVI Final Regulations Expected | January 23, 2006 | Receiver 527-00261659 | | | |
| 99 | Email from Ben Barnes to Allen Stanford and Yolanda Suarez regarding Public Policy Issues Impacting Stanford | January 27, 2006 | Receiver 527-00261621 - Receiver 527-00261624 | | | |
| 100 | Email from Richard Razook to Ben Barnes, Davis, Jorie Roberts, Mitch Delk, Yolanda Suarez, Caperton, Reed, et al forwarding the USVI final regs. | January 30, 2006 | Receiver 527-00261660 | | | |
| 101 | Email from Kent Caperton l to Mitch Delk and Scott Reed regarding Ben Barnes meeting with Stanford | February 3, 2006 | BBG 004578 | | | |
| 102 | Appointment for Winter award Gala honoring Allen Stanford (Ben Barnes has table for 10) | February 9, 2006 | BBG 002989 | | | |
| 103 | Itinerary for Feb 12 and 13th including Ben Barnes meetings with Yolanda Suarez in DC | February 13, 2006 | BBG 000642 | | | |
| 104 | Email from Julie Hodge to Ben Barnes regarding University of Houston and sending U of H agreement | February 14, 2006 | BBG 00652 - BBG 000658 | | | |
| 105 | Email from Mitch Delk to Ken Caperton regarding follow-up from meeting on Friday | February 21, 2006 | BBG 004030 | | | |
| 106 | Appointment for Ben Barnes meeting with Reed, Caperton, Mitch Delk regarding Stanford | March 29, 2006 | BBG 002991 | | | |
| 107 | Appointment for Ben Barnes breakfast with Allen Stanford and Davis | May 5, 2006 | BBG 002992 | | | |
| 108 | Appointment for Conference call with Yolanda Suarez, Reed and Ben Barnes | May 8, 2006 | BBG 002993 | | | |
| 109 | Email correspondence from Susan Martin regarding Ben Barnes on Hannity & Colmes on Fox News | May 10, 2006 | Receiver 527-00280265 | | | |
| 110 | Email correspondence between Wyeth Wiedeman and Yolanda Suarez regarding Mitch Delk | July 27, 2006 | Receiver 527-00226356 | | | |
| 111 | Email from Mitch Delk to Yolanda Suarez, Ben Barnes, Kent Caperton and Scott Reed regarding dinner he had with a member of House | August 14, 2006 | Receiver 527-00226355 | | | |
| 112 | Email correspondence between Mitch Delk and Kent Caperton regarding email he sent to Yolanda Suarez | August 14, 2006 | BBG 000721 | | | |
| 113 | Email correspondence between Kent Caperton and Mitch Delk email regarding status of efforts to aid in determining the compliance issues with current Treasury regs. | August 24, 2006 | BBG 003244 | | | |
| 114 | Appointment for dinner between Ben Barnes, Jim Davis and Alfred Jackson in Memphis | August 24, 2005 | BBG 002995 | | | |
| 115 | Email correspondence between Mitch Delk, Ben Barnes, Yolanda Suarez, and Kent Caperton regarding VI legislative changes | August 25, 2006 | Receiver 527-00261548 - Receiver 527-00261549 | | | |
| 116 | Appointment for Conference Call between Yolanda Suarez, Ben Barnes, and Jim | September 20, 2006 | Receiver 527-00261395 | | | |
| 117 | Appointment for Ben Barnes to attend IV Annual Congressional Dinner with Caribbean Community with Special Guest Allen Stanford | September 27, 2006 | BBG 002996 | | | |
| 118 | SIB Quarterly Update | October 1, 2006 | BBG 000076 -BBG 000079 | | | |
| 119 | Email from Susan Martin to Yolanda Suarez regarding 2005 year-end lobby reports. | October 18, 2006 | Receiver 527-00226242 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 120 | Article printed titled "Browne says Stanford Deserving of Award" (knighthood) | October 31, 2006 | BBG 004163 - BBG 004165 | | | |
| 121 | Email from Ben Barnes to Allen Stanford re SEC notes | December 6, 2006 | Receiver 527-00279461 | | | |
| 122 | Appointment for Ben Barnes meeting with Allen Stanford in DC office | December 13, 2006 | BBG 002997 | | | |
| 123 | Email from Ben Barnes to Allen Stanford regarding cricket DVD | December 18, 2006 | Receiver 527-00279452 | | | |
| 124 | Ben Barnes in Miami to meet with Allen Stanford | December 27, 2006 | BBG 002998 | | | |
| 125 | Email from Ben Barnes to Allen Stanford regarding swearing in events | December 29, 2006 | Receiver 527-00279446 - Receiver 527-00279449 | | | |
| 126 | Email correspondence between Wyeth Wiedeman and Yolanda Suarez to regarding lobby report. | January 10, 2007 | Receiver 527-00225753 | | | |
| 127 | Email from Martin to Julie Hodge and Mitch Delk regarding 1/21/07 - 1/22/07 itinerary in St. Croix | January 19, 2007 | Receiver 527-00279434 - Receiver 527-00279435 BBG 002944 - BBG 002945 | | | |
| 128 | Email from Susan Martin to Patsy Thomasson regarding list of legislators slated to get the Stanford articles | February 2, 2007 | BBG 002463 - BBG 002466 | | | |
| 129 | Email from Patsy Thomasson to Susan Martin regarding mailing list for Stanford Article | February 5, 2007 | BBG 000372 | | | |
| 130 | Email from Julie Hodge to rosewood hotels confirming booking for Ben Barnes, Mitch Delk, Sharp in Antigua | February 14, 2007 | Receiver 527-00281759 | | | |
| 131 | Email from Mitch Delk to Yolanda Suarez regarding follow-up from Friday's meeting | February 20, 2007 | Receiver 527-00225721 | | | |
| 132 | Appointment for conference call between Ben Barnes and Rocky Stein (Stanford) | February 22, 2007 | BBG 003001 | | | |
| 133 | Thomasson sends email to Romero regarding Stanford cricket tournament and a potential guest country. | February 22, 2007 | BBG 000365 | | | |
| 134 | Appointment for call between Ben Barnes, Scott Reed and Mitch Delk regarding Stanford | February 23, 2007 | BBG 003002 | | | |
| 135 | Fax from Julie Hodge to Ben Barnes sending copies of articles | March 8, 2007 | BBG 000671 - BBG 000676 | | | |
| 136 | Email from Matt Harriger (assistant to Ben Barnes) to Julie Hodge regarding Chairman Rangel comments | March 27, 2007 | Receiver 527-00279268 - Receiver 527-00279270 | | | |
| 137 | List of Issues dated 4/11/07 | April 11, 2007 | BBG 04669 | | | |
| 138 | Email from Ben Barnes to Allen Stanford sending items for his consideration | April 13, 2007 | Receiver 527-00279228 | | | |
| 139 | Email correspondence between Ben Barnes and Allen Stanford regarding payment of invoices | April 17, 2007 | Receiver 527-00279225; | | | |
| 140 | Appointment for meeting between Ben Barnes and Jim Davis at Stanford DC office | April 27, 2007 | BBG 003004 | | | |
| 141 | Email correspondence between numerous persons including Caperton regarding Current 2 Current due diligence materials | May 10, 2007 | BBG 003197 - BBG 003199 | | | |
| 142 | Email from Ben Barnes to Allen Stanford regarding Virgin Islands | May 11, 2007 | Receiver 527-00279211 | | | |
| 143 | Email regarding Ben Barnes hosting reception for Senator Jay Rockefeller | May 18, 2007 | Receiver 527-00225542 | | | |
| 144 | Email from Ben Barnes to Allen Stanford regarding items he would like to discuss. | May 22, 2007 | Receiver 527-00279187 | | | |
| 145 | Email from Ben Barnes to Allen Stanford sending an article from The Politico titled "Bill Would Crack Down on Offshore Tax Shelters" | May 23, 2007 | Receiver 527-00256672 | | | |
| 146 | Email correspondence between Ben Barnes and Allen Stanford regarding the Clinton Global Initiative | May 31, 2007 | Receiver 527-00256621 | | | |
| 147 | Email from Mauricio Alvarado to Ben Barnes regarding Colombia | June 7, 2007 | Receiver 527-00225497 - Receiver 527-00225519 | | | |
| 148 | Email from Thomasson to Pete Romero regarding editorial | June 7, 2007 | BBG 00345 -BBG 000348 | | | |
| 149 | Email correspondence between Yolanda Suarez and Vanessa Martinez regarding Ben Barnes meeting with Allen Stanford | June 22, 2007 | Receiver 527-00225493 BBG 002946 | | | |
| 150 | Email correspondence from Matt Harriger to Kye Walker (for Allen Stanford from Ben Barnes) regarding Gaming in Antigua. | June 22, 2007 | Receiver 527-00257144 - Receiver 527-00257146 | | | |
| 151 | Email from Ben Barnes sending Allen Stanford a Save the Date for B. Rappaport's 90th Birthday | June 22, 2007 | Receiver 527-00257147 - Receiver 527-00257148 | | | |
| 152 | Email correspondence between Rhonda Kelly (Stanford 20/20) and Ben Barnes regarding Stanford 20/20 | June 27, 2007 | Receiver 527-00257435 | | | |
| 153 | Email from Ben Barnes to Allen Stanford regarding Len DeLuca | June 27, 2007 | Receiver 527-00279156 | | | |
| 154 | Email correspondence between Allen Stanford and Laurie-Ann Holding (Stanford 20/20) regarding Ben Barnes and ESPN | June 28, 2007 | Receiver 527-00256669 | | | |
| 155 | Email from Rhonda Kelly to Kye Walker regarding ESPN and call from Ben Barnes | June 29, 2007 | Receiver 527-00256659 | | | |
| 156 | Email from Laurie Ann Holding (Stanford 20/20) to Kye Walker regarding ESPN meeting. | July 2, 2007 | Receiver 527-00257151 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 157 | Email from Nathaniel Breed (Zuckert Scoutt & Rasenberger) to Yolanda Suarez about his client Caribbean Sun | July 23, 2007 | Receiver 527-00226196 - Receiver 527-00226197 | | | |
| 158 | BBG enters into written agreement with Cauthen Forbes & Williams. | August 1, 2007 | Forbes 1 Ben Barnes - Forbes 2 Ben Barnes | | | |
| 159 | Email correspondence between Julie Hodge, Alvarado Mauricio, Yolanda Suarez, Davis, Ben Barnes, and Pete Romero regarding Cubal - Letter to Office of Foreign Assets Control | August 2, 2007 | Receiver 527-00222854 - Receiver 527-00222856 | | | |
| 160 | Email from Patsy Thomasson to Peter Romero regarding Cricket request to Treasury. | August 9, 2007 | BBG 001384 | | | |
| 161 | Email from Mitch Delk to Kent Caperton regarding meeting tomorrow at | August 10, 2007 | BBG 004672 | | | |
| 162 | Appointment for meeting between Ben Barnes, Andrew Baker, Jim Davis and Andrew Fink in Memphis | August 21, 2007 | BBG 003008 | | | |
| 163 | Email from Ben Barnes to Allen Stanford regarding meeting with Charlie Rangel in NY | August 30, 2007 | Receiver 527-00281437 | | | |
| 164 | Email from Julie Hodge to Allen Stanford regarding Ben Barnes | September 4, 2007 | Receiver 527-00281431 | | | |
| 165 | espn.com article "WICB and Stanford agree [sic] five year deal" | September 4, 2007 | | | | |
| 166 | Email from Ben Barnes to Allen Stanford, Jim Davis, Julie Hodge, and Leanne Harvey sending a memo detailing the US Virgin Islands Legislative Team | September 6, 2007 | Receiver 527-00225448 - Receiver 527-00225450 | | | |
| 167 | Email correspondence between Julie Hodge and Vanessa Martinez confirming Ben Barnes meetings in St. Croix | September 18, 2007 | Receiver 527-00225447 | | | |
| 168 | Travel Itinerary and Aircraft invoice to BBG for flight to USVI | September 18, 2007 | BBG 002947 - BBG 002948 | | | |
| 169 | Ben Barnes emails Allen Stanford regarding Governor of USVI | September 18, 2007 | Receiver 527-00230110 | | | |
| 170 | USVI Legislative/EDA Meeting Agenda for September 19, 2007 | September 19, 2007 | Receiver 527-00257177- Receiver 527-00257178 | | | |
| 171 | Email correspondence between Mitch Delk and Kevin Callwood regarding meeting | October 4, 2007 | BBG 004675 - BBG 004676 | | | |
| 172 | Email correspondence between Julie Hodge and Ben Barnes regarding CUBA update | October 9, 2007 | Receiver 527-00281404 | | | |
| 173 | Email correspondence between Patsy Thomasson, Julie Hodge, Peter Romero, Laurie Ann Holding and Rhonda Kelly Cuba OFAC Letter | October 11, 2007 | Receiver 527-00278949 - Receiver 527-002278950 | | | |
| 174 | Email correspondence between Patsy Thomasson, Peter Romero, Julie Hodge, Susan Martin regarding questions from Antonio Cabral at Treasury | October 12, 2007 | Receiver 527-00278930 - Receiver 527-00278933; Receiver 527-00281398 | | | |
| 175 | Email from Ben Barnes to Allen Stanford regarding a few things he'd like to discuss with Allen Stanford | October 16, 2007 | Receiver 527-00230104 | | | |
| 176 | Email from Ben Barnes to Allen Stanford regarding his participation in the Caribbean International Leadership Summit. | October 22, 2007 | Receiver 527-00230102 | | | |
| 177 | Email correspondence between Allen Stanford and Ben Barnes regarding an invitation to meet with Sen. Obama in St. Thomas. | October 22, 2007 | Receiver 527-00257142 | | | |
| 178 | Email from Ben Barnes to Allen Stanford regarding Nancy Pelosi event | October 23, 2007 | Receiver 527-00230101 | | | |
| 179 | Email correspondence between Susan Martin and Kye Walker regarding Ben Barnes asking Allen Stanford to call the DC office | October 31, 2007 | Receiver 527-00230099 | | | |
| 180 | Email from Leanne Harvey to Yolanda Suarez, Gil Lopez, Laura Pendergest and Mark Kuhrt regarding USVI meeting moved | November 3, 2007 | Receiver 527-00225111 | | | |
| 181 | Agenda for November 5, 2007 Meeting | November 5, 2007 | BBG 004682 | | | |
| 182 | Email correspondence between Mitch Delk, Yolanda Suarez and Laura Pendergast regarding meeting at Ben Barnes DC office | November 11, 2007 | Receiver 527-00210479 | | | |
| 183 | Email from Ben Barnes to Allen Stanford regarding Charlie Rangel | November 14, 2007 | Receiver 527-00230046 | | | |
| 184 | Email correspondence between Mitch Delk, Jim Gould and John Raffaelli regarding scheduling a meeting with KPMG | November 15, 2007 | CC 81 Ben Barnes | | | |
| 185 | Email correspondence between Yolanda Suarez and Kye Walker regarding Cuba research | November 16, 2007 | Receiver 527-00225021 Receiver 527-00225022 | | | |
| 186 | Email correspondence between Mitchell Delk, Yolanda Suarez, Jim Gould and Kent Caperton regarding Meeting with VI Legislative team and KPMG | November 28, 2007 | Receiver 527-00224877 | | | |
| 187 | Meeting between Yolanda Suarez, Caperton, Capital Counsel and Joe Sadler at BBG offices | November 29, 2007 | Receiver 527-00224876 | | | |
| 188 | World Finance Magazine with Allen Stanford on cover | December 1, 2007 | BBG 000807 -BBG 001002 | | | |
| 189 | Email from Ben Barnes to Allen Stanford regarding BBG payment | December 3, 2007 | Receiver 527-00224845 | | | |
| 190 | Email from Susan Martin to Yolanda Suarez regarding BBG monthly fee breakout | December 5, 2007 | Receiver 527 - 00224843 | | | |
| 191 | Email correspondence between Yolanda Suarez and Allen Stanford BBG fee and DC office | December 7, 2007 | Receiver 527-00226133 | | | |
| 192 | SIB 2007 Annual Report | December 31, 2007 | KVT-12 to 7-15-10 declaration | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 193 | Email from Ben Barnes to Allen Stanford regarding various items | January 3, 2008 | Receiver 527-00229885 | | | |
| 194 | Appointment for Conference call with Jim Davis, Yolanda Suarez, Laura Pendergest, Gil Lopez, Mark Kuhrt, Larry Campagna, Jaremi Chilton and Ben Barnes re: VI Initiative on January 7, 2008 | January 4, 2008 | Receiver 527-00226120 | | | |
| 195 | Email correspondence between Mitch Delk and Susan Martin regarding assignments | January 4, 2008 | BBG 002535 | | | |
| 196 | IMG Media and ESPN Agreement for the broadcast of the 2008 20/20 Cricket Tournament | January 7, 2008 | Receiver 527-00292302 - Receiver 527-00292310 | | | |
| 197 | Email from Ben Barnes to Allen Stanford confirming Charlie Rangel meeting | January 7, 2008 | Receiver 527-00229883 | | | |
| 198 | Agenda for Meeting with Yolanda Suarez | January 8, 2008 | BBG 004706 | | | |
| 199 | Email from Scott Reed to Ben Barnes, Kent Caperton, and Mitch Delk sending article from Reuters regarding Stanford Financial | January 9, 2008 | BBG 001943 - BBG 001944 | | | |
| 200 | Email from Ben Barnes to Allen Stanford regarding BBG and subcontractor payment | January 15, 2008 | Receiver 527-00224678 | | | |
| 201 | Email from Yolanda Suarez to Allen Stanford regarding Ben Barnes | January 22, 2008 | Receiver 527-00226077 | | | |
| 202 | Email correspondence between Mitch Delk and Kent Caperton regarding Stanford Financial Outline for Potential Meeting with Sen. Schumer | January 22, 2008 | Receiver 527-00224632 - Receiver 527-00224636 | | | |
| 203 | Email from Ben Barnes to Kent Caperton, Mitch Delk, Scott Reed, John Raffaelli, Jeffrey Forbes, and Jim Gould calling for a Stanford meeting on January 29, 2008 | January 25, 2008 | Receiver 527-00229870 - Receiver 527-00229875 | | | |
| 204 | Email correspondence between Susan Martin and John Raffaelli, Jim Gould, and Jeffrey Forbes regarding Stanford Meeting | January 29, 2008 | BBG 002866 | | | |
| 205 | Email from Wyeth Wiedeman to Yolanda Suarez regarding DC Lobbyists | January 29, 2008 | Receiver 527-00224605 | | | |
| 206 | Email correspondence between Mitch Delk and Susan Martin regarding Stanford office opening | February 20, 2008 | BBG 002512 | | | |
| 207 | Email correspondence between Susan Martin, Yolanda Suarez and Gil Lopez regarding lobbying report | February 14, 2008 | Receiver 527-00226017 - Receiver 527-00226026 | | | |
| 208 | ESPN.com article "Stanford offers $20 million winner-takes-all pot" | February 25, 2008 | | | | |
| 209 | Appointment for Ben Barnes call with Glenn Ketover (Stanford) re FAM/Eurogestion | April 1, 2008 | BBG 003015 | | | |
| 210 | Email from Scott Blair to Mark Kuhrt regarding BBG billing | April 4, 2008 | Receiver 527-00230383 - Receiver 527-00230384 | | | |
| 211 | Email from Ben Barnes to Yolanda Suarez regarding payments owed | April 9, 2008 | Receiver 527-00224280 | | | |
| 212 | Appointment for Ben Barnes and Jim Davis dinner in DC | May 14, 2008 | BBG 003018 | | | |
| 213 | Appointment for lunch with Yolanda Suarez, Franco Moccia, Allen Stanford. | May 23, 2008 | Receiver 527-00225920 | | | |
| 214 | Email from Ben Barnes to Allen Stanford regarding Rockefeller affair in St. Croix | May 28, 2008 | Receiver 527-00229547 | | | |
| 215 | Appointment for Meeting with Stanford group | June 11, 2008 | BBG 003019 | | | |
| 216 | Email correspondence between Jim Gould and Mitch Delk regarding Stanford | July 2, 2008 | CC 48 Ben Barnes | | | |
| 217 | Appointment for Ben Barnes meeting with Mitch Delk re USVI | September 3, 2008 | BBG 003021 | | | |
| 218 | Email from Stanford 20/20 Accountant to Andrea Stoelker and Julie Hodge regarding Sky Sports Payment Received | September 16, 2008 | Receiver 527-00292085 - Receiver 527-00292086 | | | |
| 219 | Forbes article Secrets of the Self-made Allen Stanford | September 17, 2008 | BBG 001920 - BBG 001921 | | | |
| 220 | Appointment for Ben Barnes Meeting in DC Office with Antigua people and Greg Strimple at Mercury | September 18, 2008 | BBG 002958 | | | |
| 221 | Email from Mitch Delk to Susan Martin and Scott Moorhead regarding a Business & Political Risk Assessment document | October 1, 2008 | BBG 002490 - BBG 002491 | | | |
| 222 | Email from Stanford 20/20 Accountant to Julie Hodge regarding Sky Sports Advance of Credit Confirmation | October 2, 2008 | Receiver 527-00292083 - Receiver 527-00292084 | | | |
| 223 | forbes.com publishes "Crazy for Cricket" | October 6, 2008 | BBG 004314-BBG 4321 | | | |
| 224 | Email appointment for conference call between Ben Barnes, Allen Stanford, Mitch Delk, and Wayne Rogers | October 9, 2008 | Receiver 527-00257044 | | | |
| 225 | Stanford 20/20 LLC Broadcast Rights Agreement with BBC | October 11, 2008 | Receiver 527-00292268- Receiver 527-00292274 | | | |
| 226 | Stanford 20/20 LLC Broadcast Rights Agreement with ESPN | October 14, 2008 | Receiver 527-00292275 - Receiver 527-00292286 | | | |
| 227 | Stanford 20/20 LLC Broadcast Rights Agreement with TAJ Television | October 15, 2008 | Receiver 527-00292289 - Receiver 527-00292295 | | | |
| 228 | Email correspondence between Stanford 20/20 and Ben Barnes regarding Stanford 20/20 Invitation | October 21, 2008 | BBG 001493 - BBG 001494 | | | |
| 229 | Email from Susan Martin to Scott Moorhead regarding DGA conference | October 21, 2008 | BBG 000129 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 230 | Email from Stanford 20/20 Accountant to Andrea Stoelker and Julie Hodge regarding Sky Sports Incoming Credit | November 3, 2008 | Receiver 527-00292077 - Receiver 527-00292078 | | | |
| 231 | Email from Susan Martin sends email to Yolanda Suarez regarding conference call | November 4, 2008 | Receiver 527-00223695 | | | |
| 232 | Email from Susan Martin to Yolanda Suarez regarding call and Joe Kennedy request | November 5, 2008 | Receiver 527-00223691 | | | |
| 233 | Email correspondence between Susan Martin and Yolanda Suarez regarding meeting with Ben Barnes | November 6, 2008 | Receiver 527-00223678 - Receiver 527-002223679 | | | |
| 234 | Email correspondence forwarding DGA brochure | November 7, 2008 | Receiver 527-00256675 - Receiver 527-00256683 | | | |
| 235 | Ben Barnes Itinerary for trip to DGA in St. Thomas | November 8, 2008 | BBG 02950 | | | |
| 236 | Email correspondence between Susan Martin and Yolanda Suarez regarding Sunday meeting with Ben Barnes | November 9, 2008 | Receiver 527-00223674 | | | |
| 237 | Email correspondence between Wayne Rogers (Synergics) and Mitch Delk regarding Green Energy Caribbean | November 13, 2008 | BBG 04337 | | | |
| 238 | Email from Ben Barnes to Allen Stanford regarding Joe Kennedy. | November 19, 2008 | Receiver 527-00229308 | | | |
| 239 | Email from Ben Barnes to Allen Stanford regarding meeting with Wayne Rogers | December 1, 2008 | Receiver 527-00257018 | | | |
| 240 | Email from Ben Barnes to Allen Stanford regarding Wayne Rogers | December 8, 2008 | Receiver 527-00229306 | | | |
| 241 | Email from Ben Barnes to Allen Stanford regarding Green Energy Caribbean Reconciliation | December 9, 2008 | Receiver 527-00257016 - Receiver 527-00257017 | | | |
| 242 | Appointment for Ben Barnes' plane to fly Wayne Rogers to Antigua to meet Allen Stanford | December 22, 2008 | BBG 003027 | | | |
| 243 | Email from Wayne Rogers to Kent Caperton regarding Ben Barnes' discussions with Allen Stanford | January 12, 2009 | BBG 004410 | | | |
| 244 | Email correspondence between Susan Martin and Mitch Delk regarding payment of retainer | February 4, 2009 | RMD 17 Ben Barnes | | | |
| 245 | Email from Susan Martin to Wayne Rogers regarding requests from Allen Stanford | February 4, 2009 | BBG 004435 | | | |
| 246 | Business Week publishes article "Is Stanford Financials Offer Too Good | February 11, 2009 | BBG 000662 - BBG 000663 | | | |
| 247 | Email from Ben Barnes to Allen Stanford sending information regarding Williams & Connolly | February 12, 2009 | Receiver 527-00229287 - Receiver 527-00229289 | | | |
| 248 | Email from Ben Barnes to Allen Stanford regarding appointment in DC at 10 am. | February 12, 2009 | Receiver 527-00229291 | | | |
| 249 | Email from Ben Barnes to Allen Stanford requesting to know if he will make it tomorrow | February 12, 2009 | Receiver 527-00229290 | | | |
| 250 | Accounting Notes on Kerri's Computer | | Plaintiffs' 186 | | | |
| 251 | Wayback Machine Docs and Affidavit | | | | | |
| 252 | BBG-Stanford Accounting Transactions | | Plaintiffs' 116 | | | |
| 253 | Accounting documents related to payments to Subcontractors | | BBG 001712 - BBG 001782 | | | |
| 254 | SIB Brochure | | | | | |
| 255 | BBG invoice to Stanford Financial for $1,000,000 for Retainer for Governmental Affairs | June 23, 2005 | BBG 004849 | | | |
| 256 | $1,000,000 wire transfer confirmation from Stanford Financial | June 30, 2005 | BBG 004847 - BBG 004848 | | | |
| 257 | BBG invoice to Stanford Financial $20,000 for Professional services rendered in connection with preparation of the report and slides "America's Third Border" | December 20, 2005 | BBG 004856 | | | |
| 258 | BBG invoice to Stanford Financial for $500,000 for professional services rendered. | January 5, 2006 | BBG 004859 | | | |
| 259 | Check from Stanford Financial for $20,000 payable to BBG | January 19, 2006 | BBG 004853 - BBG 004855 | | | |
| 260 | Confirmation of $500,000 wire transfer from Stanford Financial | February 28, 2006 | BBG 004857 - BBG 004858 | | | |
| 261 | BBG invoice to Stanford Foundation for $72,647.40 for reimbursement for Ben Barnes Books and mailing costs | June 19, 2006 | BBG 03029 - BBG 03050 | | | |
| 262 | Confirmation of $68,466.90 wire transfer to BBG | August 1, 2006 | BBG 003052 | | | |
| 263 | BBG issues credit memo in amount of $4,180.50 for books not mailed | October 3, 2006 | BBG 03051 | | | |
| 264 | BBG invoice to Stanford Financial $325,000 for retainer for the month of February 2007 | February 22, 2007 | BBG 004863 | | | |
| 265 | BBG invoice to Stanford Financial $325,000 for retainer for the month of March 2007 | March 1, 2007 | BBG 004867 | | | |
| 266 | Confirmation of wire transfer from Stanford Financial to BBG For $325,000 for consulting work on behalf of Stanford Global Mgt Virgin Islands, SIBL, SGH, and Islands Club | April 2, 2007 | BBG 004860 - BBG 004862 | | | |
| 267 | Confirmation of wire transfer from R. Allen Stanford to BBG for $325,000 | April 17, 2007 | BBG 004864 - BBG 004866 | | | |
| 268 | BBG invoice to Stanford Financial for $265,000 for retainer for the month of July 2007 | July 1, 2007 | BBG 004872 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 269 | Confirmation of wire transfer from R. Allen Stanford to BBG for $265,000 | July 2, 2007 | BBG 004868 - BBG 004871 | | | |
| 270 | BBG invoice to Stanford Financial for $265,000 for retainer for the month of August 2007 | August 1, 2007 | BBG 004876 | | | |
| 271 | Confirmation of wire transfer from R. Allen Stanford to BBG for $265,000 | August 2, 2007 | BBG 004873 - BBG 004875 | | | |
| 272 | BBG invoices to Stanford Financial for $265,000 for retainer for the month of September 2007 | September 1, 2007 | BBG 004880 | | | |
| 273 | Confirmation of wire transfer from R. Allen Stanford to BBG for $265,000 | September 18, 2007 | BBG 004877 - BBG 004879 | | | |
| 274 | BBG invoice to Stanford Financial $265,000 for retainer for the month of October 2007 | October 1, 2007 | BBG 004885 | | | |
| 275 | Confirmation of wire transfer from R. Allen Stanford to BBG for $265,000 | October 19, 2007 | BBG 004881 - BBG 004884 | | | |
| 276 | BBG invoice to Stanford Financial for $265,000 for retainer for the month of November 2007 | November 1, 2007 | BBG 004889 | | | |
| 277 | BBG invoice to Stanford Financial Group for $265,000 for December Retainer | December 1, 2007 | BBG 001859 | | | |
| 278 | Confirmation of wire transfer from R. Allen Stanford to BBG for $265,000 | December 10, 2007 | BBG 004886 - BBG 004888 | | | |
| 279 | BBG invoice to Stanford Financial Group for $75,000 for January Retainer | January 1, 2008 | BBG 001813 | | | |
| 280 | BBG invoice to Stanford Financial Group for $75,000 for February Retainer | February 1, 2008 | BBG 001815 | | | |
| 281 | Confirmation of wire transfer from Stanford Financial to BBG for $150,000 | February 29, 2008 | BBG 001788 - BBG 001790 | | | |
| 282 | BBG invoice to Stanford Financial Group $50,000 for March Retainer | March 1, 2008 | BBG 001816 | | | |
| 283 | BBG invoice to Stanford Financial Group $50,000 for April Retainer | April 1, 2008 | BBG 001817 | | | |
| 284 | BBG invoice to Stanford Financial Group $55,000 for May Retainer | May 1, 2008 | BBG 001818 | | | |
| 285 | Check from Stanford Financial for $100,000 for March and April retainers | May 5, 2008 | BBG 001791 - BBG 001792 | | | |
| 286 | BBG invoice to Stanford Financial Group $55,000 for June Retainer | June 1, 2008 | BBG 001819 | | | |
| 287 | Confirmation of wire transfer from Stanford Financial to BBG for $375,000 for Dec 2007 retainer and March - June 2008 retainers | June 2, 2008 | BBG 001794 - BBG 001795 BBG 004890 | | | |
| 288 | BBG invoice to Stanford Financial Group for $55,000 for July Retainer | July 1, 2008 | BBG 001820 | | | |
| 289 | Confirmation of wire transfer from Stanford Financial to BBG for $55,000 for July Invoice | July 18, 2008 | BBG 001796 - BBG 001797 BBG 004891 | | | |
| 290 | BBG invoice to Stanford Financial Group for $55,000 for August Retainer | August 1, 2008 | BBG 001821 | | | |
| 291 | Confirmation of wire transfer from Stanford Financial to BBG for $55,000 for August Retainer | August 13, 2008 | BBG 001798 - BBG 001800 | | | |
| 292 | BBG invoice to Stanford Financial Group for $55,000 for September Retainer | September 1, 2008 | BBG 001822 | | | |
| 293 | BBG invoice to Stanford for $173,000 for Synergics Energy Service Project | October 1, 2008 | BBG 001826 | | | |
| 294 | BBG invoice to Stanford Financial Group for $55,000 for October Retainer | October 1, 2008 | BBG 001023 | | | |
| 295 | Confirmation of wire transfer from Stanford Financial to BBG for $173,000 wire transfer from Stanford Financial | October 3, 2008 | BBG 001801 - BBG 001802 | | | |
| 296 | Confirmation of wire transfer from Stanford Financial to BBG for $110,000 for September and October Retainer | October 24, 2008 | BBG 001803 - BBG 001805 | | | |
| 297 | BBG invoices Stanford Financial Group for $55,000 for November Retainer | November 1, 2008 | BBG 001824 | | | |
| 298 | Confirmation of wire transfer from Stanford Financial to BBG for $55,000 for November Retainer | November 7, 2008 | BBG 001807 - BBG 001809 | | | |
| 299 | BBG invoice to Stanford Financial Group for $55,000 for December Retainer | December 1, 2008 | BBG 001825 | | | |
| 300 | BBG invoice to Stanford Financial Group for $55,000 for January Retainer | January 1, 2009 | BBG 001827 | | | |
| 301 | Confirmation of wire transfer from Stanford Financial to BBG for $110,000 for December 2008 & January 2009 invoices | February 11, 2009 | BBG 001810 - BBG 001811 BBG 004892 | | | |
| 302 | BBG check payable to Scott Reed for $15,000 for retainer | July 12, 2005 | BBG 04960 | | | |
| 303 | Chesapeake Enterprises invoice to BBG for $15,000 for Strategic Consulting | September 1, 2005 | BBG 004923 | | | |
| 304 | BBG check to Chesapeake Enterprises for $15,000 paying 9/1/05 invoice | September 8, 2005 | BBG 004922 | | | |
| 305 | Chesapeake Enterprises invoice to BBG for $15,848.37 for Strategic Consulting & Expenses | October 3, 2005 | BBG 004925 - BBG 004927 | | | |
| 306 | BBG check to Chesapeake Enterprises $15,848.37 paying 10/3/05 invoice | October 20, 2005 | BBG 004924 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 307 | Chesapeake Enterprises invoice to BBG for $15,000 for Strategic Consulting | November 1, 2005 | BBG 004929 | | | |
| 308 | BBG check to Chesapeake Enterprises for $15,000 paying 11/1/05 invoice | November 30, 2005 | BBG 004928 | | | |
| 309 | Chesapeake Enterprises invoice to BBG for $15,000 for Strategic Consulting | December 1, 2005 | BBG 004931 | | | |
| 310 | BBG check to Chesapeake Enterprises for $15,000 paying 12/1/05 invoice | December 15, 2005 | BBG 004930 | | | |
| 311 | Chesapeake Enterprises invoice to BBG for $15,000 for Strategic Consulting | January 3, 2006 | BBG 004933 | | | |
| 312 | Chesapeake Enterprises invoices BBG $15,000 for Strategic Consulting | February 1, 2006 | CHES-000006 | | | |
| 313 | BBG check to Chesapeake Enterprises for $15,000 paying 1/3/06 invoice | February 2, 2006 | BBG 004932 | | | |
| 314 | Chesapeake invoice to BBG for $10,000 for July 2007 Consulting Fee - Stanford Financial | July 2, 2007 | BBG 003081 | | | |
| 315 | BBG check to Chesapeake Enterprises for $10,000 paying 7/2/07 invoice | July 2, 2007 | BBG 004934 | | | |
| 316 | Chesapeake Enterprises invoice to BBG for $10,000 for August 2007 Consulting Fee - Stanford Financial | August 1, 2007 | CHES-000008; BBG 004936 | | | |
| 317 | BBG check to Chesapeake Enterprises for $10,000 paying 8/1/2007 invoice | August 10, 2007 | BBG 004936 | | | |
| 318 | Chesapeake Enterprises invoice to BBG for $10,000 for September 2007 Consulting Fee - Stanford Financial | September 4, 2007 | BBG 004939 | | | |
| 319 | BBG check to Chesapeake Enterprises for $10,000 paying 9/1/07 invoice | September 18, 2007 | BBG 004938 | | | |
| 320 | Chesapeake Enterprises invoice to BBG for $10,000 for October 2007 Consulting | October 1, 2007 | BBG 004941 | | | |
| 321 | BBG check to Chesapeake Enterprises for $9.774.55 for 10/1/07 invoice | October 23, 2007 | BBG 004940 | | | |
| 322 | Chesapeake Enterprises invoice to BBG for $10,000 for November 2007 Consulting | November 1, 2007 | BBG 004943 | | | |
| 323 | Chesapeake Enterprises invoice to BBG for $10,000 for December 2007 Consulting | December 3, 2007 | BBG 004945 | | | |
| 324 | BBG check to Chesapeake Enterprises for $10,000 for 11/12/07 invoice | December 6, 2007 | BBG 004942 | | | |
| 325 | Chesapeake Enterprises Invoice to BBG for $10,000 for January 2008 Consulting - Stanford Financial | January 2, 2008 | BBG 001766 | | | |
| 326 | Chesapeake Enterprises Invoice to BBG for $10,000 for February 2008 Consulting - Stanford Financial | February 1, 2008 | BBG 001767 | | | |
| 327 | Chesapeake Enterprises Invoice to BBG for $10,000 for March 2008 Consulting - Stanford Financial | March 3, 2008 | BBG 001768 | | | |
| 328 | BBG pays Chesapeake Enterprises $20,000 for 1/2/08 and 2/1/08 invoices | March 6, 2008 | BBG 001765 | | | |
| 329 | Chesapeake Enterprises Invoice to BBG for $10,000 for April 2008 Consulting - Stanford Financial | April 1, 2008 | BBG 001769 | | | |
| 330 | Chesapeake Enterprises Invoice to BBG for $10,000 for May 2008 Consulting - Stanford Financial | May 1, 2008 | BBG 001769 | | | |
| 331 | Chesapeake Enterprises Invoices BBG for $10,000 for June 2008 Consulting - Stanford Financial | June 2, 2008 | BBG 001771 | | | |
| 332 | BBG check to Chesapeake Enterprises $10,000 for 12/1/07 invoice | June 3, 2008 | BBG 004943 | | | |
| 333 | Chesapeake Enterprises Invoice to BBG for $10,000 for July 2008 Consulting - Stanford Financial | July 1, 2008 | BBG 001772 | | | |
| 334 | Robert Van Order invoice to BBG for $10,000 for preparation of America's Third Border | November 27, 2005 | BBG 004957 | | | |
| 335 | BBG check to Robert Van Order for $10,000 | December 21, 2005 | BBG 004956 | | | |
| 336 | Beth Preiss invoice to BBG for $10,000 for consulting services provided in preparation of America's Third Border | December 5, 2005 | BBG 004897 | | | |
| 337 | BBG check to Beth Preiss for $10,000 | December 21, 2005 | BBG 004898 | | | |
| 338 | BBG check to Mitch Delk for $25,000 | April 25, 2007 | BBG 04948 | | | |
| 339 | BBG check to Delk for $50,000 for July 2007 and catchup | July 13, 2007 | BBG 004949 | | | |
| 340 | BBG check to Delk for $25,000 | August 10, 2007 | BBG 004950 | | | |
| 341 | BBG check to Delk for $25,000 for September 2007 | September 18, 2007 | BBG 004951 | | | |
| 342 | BBG check to Delk for $25,000 for October 2007 | October 23, 2007 | BBG 004952 | | | |
| 343 | BBG check to Delk for $25,000 for November. 2007 | December 6, 2007 | BBG 004953 | | | |
| 344 | BBG check to Delk for $25,000 for December 2007 | January 9, 2008 | BBG 001775 | | | |
| 345 | BBG check to Delk for $50,000 for January 2008 and February 2008 | March 11, 2008 | BBG 01775 | | | |
| 346 | BBG check to Delk for $40,000 for March 2008 and April 2008 | May 5, 2008 | BBG 001776 | | | |
| 347 | BBG check to Delk for $60,000 for May 2008 and June 2008 make-up payment from March and April 2008 | June 3, 2008 | BBG 001776 | | | |
| 348 | BBG check to Delk for $25,000 for July 2008 | July 10, 2008 | BBG 001777 | | | |
| 349 | BBG check to Delk for $25,000 for August 2008 | August 28, 2008 | BBG 001777 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 350 | BBG check to Delk for $50,00 for September and October 2008 | October 27, 2008 | BBG 001778 | | | |
| 351 | BBG check to Delk for $25,000 for November 2008 | November 18, 2008 | BBG 001778 | | | |
| 352 | BBG check to Delk for $25,000 for December 2008 | January 12, 2009 | BBG 001779 | | | |
| 353 | BBG check to Delk for $25,000 for January 2008 | February 20, 2009 | BBG 001779 | | | |
| 354 | Capital Counsel Invoice to BBG for $20,000 for professional services for July 2007 | June 28, 2007 | CC 1 Barnes | | | |
| 355 | BBG check to Capital Counsel for $20,000 for July invoice | July 13, 2007 | BBG 004901 | | | |
| 356 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for August 2007 | July 27, 2007 | CC 2 Barnes | | | |
| 357 | BBG check Capital Counsel $20,000 for August invoice | August 10, 2007 | BBG 004903 | | | |
| 358 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for September 2007 | August 31, 2007 | CC 3 Barnes | | | |
| 359 | BBG check to Capital Counsel for $20,000 for September invoice | September 18, 2007 | BBG 004905 | | | |
| 360 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for October 2007 | October 1, 2007 | CC 4 Barnes | | | |
| 361 | BBG check to Capital Counsel for $20,000 for October invoice | October 23, 2007 | BBG 004907 | | | |
| 362 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for November 2007 | November 1, 2007 | CC 5 Barnes | | | |
| 363 | Capital Counsel Invoices BBG for $20,000 for Professional Services for December 2007 | December 1, 2007 | CC 6 Barnes | | | |
| 364 | BBG check to Capital Counsel for $20,000 for November invoice | December 6, 2007 | BBG 00409 | | | |
| 365 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for January 2008 | January 1, 2008 | CC 7 Barnes | | | |
| 366 | BBG check to Capital Counsel for $20,000 for December 2007 Invoice | January 9, 2008 | BBG 001715 | | | |
| 367 | Capital Counsel Invoice to BBG for $20,029 for Professional Services for February 2008 and Taxi charges | February 1, 2008 | CC 8 Barnes | | | |
| 368 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for March 2008 | March 1, 2008 | CC 9 Barnes | | | |
| 369 | BBG check to Capital Counsel $40,029 for January and February 2008 Invoices | March 6, 2008 | BBG 001717 | | | |
| 370 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for April 2008 | April 1, 2008 | CC 10 Barnes | | | |
| 371 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for May 2008 | May 1, 2008 | CC 11 Barnes | | | |
| 372 | BBG check to Capital Counsel for $40,000 for March and April 2008 Invoices | May 5, 2008 | BBG 001720 | | | |
| 373 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for June 2008 | June 2, 2008 | CC 12 Barnes | | | |
| 374 | BBG check to Capital Counsel for $40,000 for May and June 2008 Invoices | June 3, 2008 | BBG 001722 | | | |
| 375 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for July 2008 | July 1, 2008 | CC 13 Barnes | | | |
| 376 | BBG check to Capital Counsel for $20,000 for July Invoice | July 10, 2008 | BBG 001726 | | | |
| 377 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for August 2008 | August 1, 2008 | CC 14 Barnes | | | |
| 378 | BBG check to Capital Counsel for $20,000 for August Invoice | August 28, 2008 | CC 15 Barnes | | | |
| 379 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for September 2008 | September 1, 2008 | CC 16 Barnes | | | |
| 380 | Capital Counsel Invoice to BBG for $20,000 for Professional Services for October 2008 | October 1, 2008 | CC 17 Barnes | | | |
| 381 | BBG check to Capital Counsel for $40,000 for September and October Invoices | October 27, 2008 | CC 18 Barnes | | | |
| 382 | Capital Counsel Invoices BBG for $20,000 for Professional Services for November 2008 | November 1, 2008 | CC 19 Barnes | | | |
| 383 | BBG check to Capital Counsel for $20,000 for November Invoice | November 18, 2008 | CC 20 Barnes | | | |
| 384 | Capital Counsel Invoices BBG $20,000 for Professional Services for December 2008 | December 1. 2008 | CC 21 Barnes | | | |
| 385 | Capital Counsel Invoices BBG for $20,000 for Professional Services for January 2009 | January 1, 2009 | CC 23 Barnes | | | |
| 386 | BBG check to Capital Counsel for $20,000 for December Invoice | January 12, 2009 | CC 22 Barnes | | | |
| 387 | Capital Counsel invoices BBG for $20,000 for Professional Services for February 2009 | February 1, 2009 | BBG 001739 | | | |
| 388 | BBG check to Capital Counsel for $20,000 for January Invoice | April 17, 2009 | CC 24 Barnes | | | |
| 389 | Cauthen Forbes & Williams invoice to BBG for August 2007 Consulting Fee - Stanford Financial | August 1, 2007 | BBG 004914 | | | |
| 390 | BBG check to Cauthen Forbes and Williams for $10,000 for August Invoice | August 28, 2007 | BBG 004913 | | | |
| 391 | Cauthen Forbes & Williams invoice to BBG for $20,000 ($10K for September and late August) | September 1, 2007 | BBG 004916 | | | |
| 392 | BBG check to Cauthen Forbes and Williams for $10,000 for September Invoice | September 18, 2007 | BBG 004915 | | | |
| 393 | Cauthen Forbes & Williams invoice to BBG for $10,000 for October | October 1, 2007 | BBG 004918 | | | |

| Exhibit # | Document Description | Date | Bates Number | Offer | Obj | Date Admit |
|---|---|---|---|---|---|---|
| 394 | BBG check to Cauthen Forbes and Williams for $10,000 for October Invoice | October 23, 2007 | BBG 004917 | | | |
| 395 | Cauthen Forbes Williams invoice to BBG for $20,000 ($10K for November and late October) | November 1, 2007 | BBG 004919 | | | |
| 396 | Cauthen Forbes & Williams Invoice to BBG for $20,000 ($10,000 for December and past due November) | December 1, 2007 | BBG 001744 | | | |
| 397 | BBG Check to Cauthen Forbes & Williams for $10,000 for November invoice | January 4, 2008 | BBG 001742 | | | |
| 398 | BBG check to Cauthen Forbes & Williams for $10,000 for December invoice | January 9, 2008 | BBG 001743 | | | |
| 399 | Cauthen Forbes & Williams Invoice to BBG for $20,000 ($10,000 for February and past due January) | February 1, 2008 | BBG 001746 | | | |
| 400 | BBG check to Cauthen Forbes and Williams for $20,000 for January and February Invoices | March 6, 2008 | BBG 001745 | | | |
| 401 | Cauthen Forbes & Williams Invoice to BBG for $20,000 ($10,000 for April and past due March) | April 1, 2008 | BBG 001748 | | | |
| 402 | Cauthen Forbes & Williams Invoice to BBG for $30,000 ($10,000 for May and past due April and March) | May 1, 2008 | Forbes 13 Barnes | | | |
| 403 | BBG check to Cauthen Forbes and Williams for $20,000 for March and April 2008 Invoices | May 5, 2008 | BBG 001747 | | | |
| 404 | Cauthen Forbes & Williams Invoice to BBG for $20,000 ($10,000 for June and past due May) | June 1, 2008 | BBG 001750 | | | |
| 405 | BBG Check to Cauthen Forbes and Williams for May and June 2008 Invoices | June 3, 2008 | BBG 001749 | | | |
| 406 | Cauthen Forbes & Williams Invoice to BBG for $10,000 for July 2008 | July 1, 2008 | BBG 001752 | | | |
| 407 | BBG check to Cauthen Forbes and Williams for $10,000 for July Invoice | July 10, 2008 | BBG 001751 | | | |
| 408 | Cauthen Forbes & Williams Invoice to BBG for $10,000 for August 2008 | August 1, 2008 | BBG 001754 | | | |
| 409 | BBG check to Cauthen Forbes and Williams for $10,000 for August Invoice | August 28, 2008 | BBG 001753 | | | |
| 410 | Cauthen Forbes & Williams Invoices BBG for $20,000 ($10,000 for September and past due August) | September 1, 2008 | Forbes 17 Barnes | | | |
| 411 | Cauthen Forbes & Williams Invoice to BBG for $20,000 ($10,000 for October and past due September) | October 1, 2008 | BBG 001756 | | | |
| 412 | BBG check to Cauthen Forbes and Williams for $20,000 for September and October Invoices | October 27, 2008 | BBG 001755 | | | |
| 413 | Cauthen Forbes & Williams Invoice to BBG for $10,000 for November 2008 | November 1, 2008 | BBG 001758 | | | |
| 414 | BBG check to Cauthen Forbes and Williams for $10,000 for November Invoice | November 18, 2008 | BBG 001757 | | | |
| 415 | Cauthen Forbes & Williams Invoice to BBG for $10,000 for December 2008 | December 1, 2008 | BBG 001760 | | | |
| 416 | Cauthen Forbes & Williams Invoices BBG for $20,000 ($10,000 for January and past due December) | January 1, 2009 | Forbes 21 Barnes | | | |
| 417 | BBG check to Cauthen Forbes and Williams $10,000 for December 2008 Invoice | January 12, 2009 | BBG 001759 | | | |
| 418 | Cauthen Forbes & Williams Invoices BBG for $20,000 ($10,000 for February and past due January) | February 1, 2009 | Forbes 22 Barnes | | | |
| 419 | Cauthen Forbes & Williams Invoices BBG for $30,000 ($10,000 for March and past due January and February) | March 2, 2009 | Forbes 23 Barnes | | | |
| 420 | Cauthen Forbes & Williams Invoices BBG for $40,000 ($10,000 for April and past due March, February, January) | April 1, 2009 | Forbes 24 Barnes | | | |
| 421 | BBG pays Cauthen Forbes and Williams $10,000 for January 2009 Invoice | April 17, 2009 | Forbes 11 Barnes | | | |

Respectfully submitted,

**WINSTEAD PC**

By: ___/s/ Jay Madrid___

Jay J. Madrid
State Bar No. 12802000
Kristen L. Sherwin
State Bar No. 24043918
Stephen R. Clarke
State Bar No. 24069517
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5618 (phone)
(214) 745-5390 (fax)
jmadrid@winstead.com
ksherwin@winstead.com
sclarke@winstead.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send notification of such filing to all CM/ECF participants and counsel of record.

___/s/ Jay Madrid___
Jay J. Madrid