IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:10-CV-0527-N |
| BEN BARNES, *et al.*, | § § § | (JURY TRIAL DEMANDED) |
| Defendants. | § | |

### APPENDIX IN SUPPORT OF BEN BARNES GROUP, L.P.'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant Ben Barnes files this Appendix in Support of its Response to Plaintiffs' Motion for Summary Judgment (the "Motion"). Defendant Ben Barnes incorporates the contents of the Appendix for all purposes within Barnes's Motion.

| | **Document Description** | **Appendix Page Numbers** |
|---|---|---|
| A. | Affidavit of Kent Caperton | App. 001-004 |
| B. | Affidavit of Jay J. Madrid, attached to which are the following Exhibits: | App. 005-006 |
| B.1. | Deposition of James Milton Davis, October 24, 2014, and various exhibits attached thereto ("Davis Dep."). | App. 007-090 |
| B.2. | Deposition of Benny Frank Barnes, October 28, 2014, and various exhibits attached thereto ("Barnes Dep."). | App. 091-217 |
| B.3. | True and correct copy of "America's Third Border". | App. 218-234 |
| B.4. | Report of Defendants' Expert James C. Langdon, Jr. | App. 235-239 |

Respectfully submitted,

**WINSTEAD PC**

By: ___/s/ Jay Madrid_____

Jay J. Madrid
State Bar No. 12802000
Kristen L. Sherwin
State Bar No. 24043918
Stephen R. Clarke
State Bar No. 24069517
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5618 (phone)
(214) 745-5390 (fax)
jmadrid@winstead.com
ksherwin@winstead.com
sclarke@winstead.com

**ATTORNEYS FOR DEFENDANT BEN BARNES**

### CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send notification of such filing to all CM/ECF participants and counsel of record.

___/s/ Jay Madrid_____
Jay J. Madrid